IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD H. PENSKE AND<br>PATRICIA L. PENSKE,<br><br>           *Plaintiffs*,<br><br>     v.<br><br>LEWIS, RICE & FINGERSH, L.C.,<br><br>           *Defendant*. | CIVIL ACTION NO. 05-cv-4436 |

## ORDER

AND NOW, this ____ day of December 2007, upon notice by counsel that the above-captioned action has been settled, this action is hereby DISMISSED WITH PREJUDICE AND WITHOUT COSTS pursuant to Local Rule of Civil Procedure 41.1(b).

_____
Schiller, J.

ORDER – Page 1

AGREED:

By: _____
George W. Croner
Christina D. Saler
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3304
(215) 238-1700

ATTORNEYS FOR PLAINTIFFS

AGREED:

By: _____
William T. Hangley (I.D. No. 03533)
Alva C. Mather
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103

George M. Kryder
  State Bar No. 11742900
Carol C. Payne
  State Bar No. 00788865
VINSON & ELKINS LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975
Tel: 214.220.7700
Fax: 214.220.7716

ATTORNEYS FOR DEFENDANT
LEWIS RICE & FINGERSH, L.C.,

1324997v.1

ORDER – Page 2